**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SEMCON TECH, LLC,

v.

MICRON TECHNOLOGY, INC.,

C.A. No. 12-532-RGA

**NOTICE OF DEPOSITION OF NAGASUBRAMANIYAN CHANDRASEKARAN**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Semcon Tech, LLC ("Semcon"), by and through its attorneys, shall take the deposition of Nagasubramaniyan Chandrasekaran on October 29, 2014 starting at 9:00 am at First Records Retrieval c/o Tri-County Process, 1412 W. Idaho St., Ste. 130, Boise, Idaho 83702 or as otherwise agreed to by the parties.

The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony.  Some or all of the deposition testimony may be recorded stenographically and may be recorded by videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition taker and stenographer using software such as "LiveNote."

1

Dated:  October 2, 2014

Of Counsel:

Marc A. Fenster
Alexander C.D. Giza
Jeffrey Z.Y. Liao
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
jliao@raklaw.com

BAYARD, P.A.

*/s/ Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE  19899
rkirk@byardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Semcon Tech, LLC*

2