# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SEMCON TECH, LLC, | |
| Plaintiff, | |
| v. | C. A. No. 12-532-RGA |
| MICRON TECHNOLOGY, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 2, 2014, a true and correct copy of

Micron's Objections and Responses to Plaintiff's Notice of Deposition Pursuant to

Fed. R. Civ. P. 30(B)(6) was caused to be served upon the following counsel of record in the

manner noted below:

**BY ELECTRONIC MAIL:**

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Alexander C.D. Giza
Marc A. Fenster
Jeffrey Liao
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
agiza@raklaw.com
mfenster@raklaw.com
jliao@raklaw.com

RLF1 10988676v.1

2

OF COUNSEL:
Jared Bobrow
Aaron Y. Huang
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
jared.bobrow@weil.com
aaron.huang@weil.com

Dated:  November 3, 2014

/s/ Travis S. Hunter
Frederick L. Cottrell, III (#2555)
Travis S. Hunter (#5350)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
hunter@rlf.com

*Attorneys for Defendant Micron Technology, Inc.*

RLF1 10988676v.1

2