**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SEMCON TECH, LLC

v.

MICRON TECHNOLOGY INC.

C.A. No. 12-532-RGA

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Semcon Tech, LLC ("Semcon") and Defendant Micron Technology, Inc. ("Micron") (collectively the "Parties") have settled Semcon's lawsuit, including all claims for relief against Micron,

NOW, THEREFORE, the Parties hereby move pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing all of Semcon's claims for relief against Micron in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees, and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney fees, or other expenses associated with the matters settled by this Joint Stipulated Motion for Dismissal with Prejudice.

1

Dated: June 28, 2017

| | |
|---|---|
| Bayard, P.A. | Richards, Layton & Finger, P.A. |
| */s/ Stephen B. Brauerman* | */s/ Travis S. Hunter* |
| Richard D. Kirk (No. 922) | Frederick L. Cottrell, III (No. 2555) |
| Stephen B. Brauerman (No. 4952) | Travis S. Hunter (No. 5350) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| rkirk@bayardlaw.com | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | (302) 651-7700 |
| | cottrell@rlf.com |
| *Attorneys for Plaintiff Semcon Tech LLC* | hunter@rlf.com |
| | *Attorneys for Defendant Micron Technology Inc.* |