**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SEMCON TECH, LLC

v.

C.A. No. 12-532-RGA

MICRON TECHNOLOGY INC.

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Semcon Tech, LLC and Defendant Micron Technology, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Semcon Tech, LLC and Defendant Micron Technology, Inc. are hereby dismissed with prejudiced.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and neither party shall be required to pay any costs, attorney fees or other expenses of the party that are associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

IT IS SO ORDERED this 29 day of _____June_____, 2017.

_Richard G. Andrews_
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE